# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Karen D. Wooden,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-0558-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
|       **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access to Justice Act, or Alternatively, Pursuant to 42 U.S.C. § 406(b)*, filed May 23, 2016 [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access to Justice Act, or Alternatively, Pursuant to 42 U.S.C. § 406(b)*, filed May 23, 2016 [Doc. 21] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $6,811.00.

                                                      */s/ John T. Maughmer*
                                                       **John T. Maughmer**
                                          **United States Magistrate Judge**